# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| AMINA MASSAQUOI, | : | Bankruptcy No. 07-10756DWS |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW**, this 6th day of November 2008, upon consideration of Debtor's Objection to Amended Proof of Claim 2-4, filed by AmeriCredit Financial Services ("AmeriCredit"), after notice and hearing, and for the reasons stated in the accompanying Memorandum Opinion;

(1) the Objection is **SUSTAINED**;

(2) Americredit's unsecured claim is **DISALLOWED**;

(3) the Modification Motion is **GRANTED.**

DIANE WEISS SIGMUND
United States Bankruptcy Judge